AO 109 (2/90) Seizure Warrant

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

08 APR -2 AM 11:07

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

**SEIZURE WARRANT** DEPUTY

All funds and credits attributable to or held in Wells Fargo Bank account numbers 7733563139 and 9839475572, in the name Jose P. Saenz, and maintained at the Wells Fargo Bank branch located at 5522 Balboa Ave., San Diego, California 92111.

**CASE NUMBER:** '08 MJ 0886

TO: _____Dale N. LaRue,_____ and any Authorized Officer of the United States:

Affidavit having been made before me by __DEA Special Agent Dale N. LaRue__, who has reason to believe that in the Southern District of California, there is now certain property which is subject to forfeiture to the United States, namely:

> All funds and credits attributable to or held in Wells Fargo Bank account numbers 7733563139 and 9839475572, in the name Jose P. Saenz, and maintained at the Wells Fargo Bank branch located at 5522 Balboa Ave., San Diego, California 92111,

which accounts are subject to restraint and forfeiture pursuant to 21 U.S.C. §§ 853(a)(1) and 881(a)(6) as money representing proceeds traceable to the distribution of controlled substances in violation of 21 U.S.C. § 841(a)(1), and a conspiracy to distribute controlled substances in violation of 21 U.S.C. § 846.

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is subject to forfeiture and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure in the daytime--6:00 a.m. to 10:00 p.m., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the United States Magistrate Judge, as required by law.

MAR 2 0 2008                               at    San Diego, California
Date                                                  City and State

Honorable __Leo S. Papas__

United States Magistrate Judge
Name & Title of Judicial Officer                      Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 03/20/2008 | 03/21/2008  9:40 a.m. | Kristin Gallahan, Wells Fargo Bank |

INVENTORY MADE IN THE PRESENCE OF

N/A

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

One Wells Fargo Bank Cashier's Check No. 0268218209 in the amount of $23,801.92

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_(signature)_

Subscribed, sworn to, and returned before me this date.

_(signature)_ U.S. Judge or Magistrate     4/2/08  Date