1  KAREN P. HEWITT
   United States Attorney
2  TIMOTHY F. SALEL
   Assistant U.S. Attorney
3  California State Bar No. 163597
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6074

6  Attorneys for Plaintiff
   United States of America
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 IN THE MATTER OF THE SEIZURE OF    )   Case No. 08MJ0886
                                      )
11 All funds and credits attributable to or held in )
   Wells Fargo Bank account numbers 7733563139 )   MOTION AND ORDER TO
12 and 9839475572, in the name Jose P. Saenz, and )
   maintained at Wells Fargo Bank branch located )  UNSEAL SEIZURE WARRANT
13 at 5522 Balboa Ave., San Diego, California 92111 )
                                      )
14

15      COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

16 Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney,

17 and hereby requests that the seizure warrant, the application, and affidavit for seizure warrant in

18 the above-reference case be unsealed.

19      DATED: April 17, 2008.

20                                          Respectfully submitted,

21                                          KAREN P. HEWITT
                                            United States Attorney
22

23                                          TIMOTHY F. SALEL
24                                          Assistant U.S. Attorney

25
   IS ORDERED.
26
   DATED: 4/17/08
27

28                                          HONORABLE BARBARA L. MAJOR
                                            United States Magistrate Judge

TFS:klb:Motion:Unseal Seizure Warr.Well Fargo Bk Saenz accts.